**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1338**

RONALD SATISH EMRIT,

        Plaintiff - Appellant,

      v.

BOARD OF IMMIGRATION APPEALS (BIA); CITIZENSHIP &
IMMIGRATION SERVICES (CIS); CUSTOMS AND BORDER PATROL (CBP);
STATE DEPARTMENT; DEPARTMENT OF HOMELAND SECURITY (DHS),

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
George Jarrod Hazel, District Judge.  (8:22-cv-00623-GJH)

Submitted:  July 21, 2022                                    Decided:  July 25, 2022

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his complaint for lack of jurisdiction. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Emrit's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment but modify the dismissal to be without prejudice. *See Ali v. Hogan*, 26 F.4th 587, 600 (4th Cir. 2022) (explaining that "a dismissal for lack of standing—or any other defect in subject matter jurisdiction—must be one without prejudice" (cleaned up)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*